**NELSON MULLINS RILEY & SCARBOROUGH LLP**
Michael J. Hurvitz (SBN 249050)
mike.hurvitz@nelsonmullins.com
Tammara N. Bokmuller (SBN 192200)
tammy.bokmuller@nelsonmullins.com
eservicegmwarranty@nelsonmullins.com
655 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619.489.6110
Facsimile: 619.821.2834

Attorneys for Defendant
GENERAL MOTORS LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AKBAR MATANI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC, a Delaware Limited Liability Company and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:26-cv-08220-LJC<br><br>**ORDER GRANTING DEFENDANT GENERAL MOTORS LLC'S MOTION TO WITHDRAW FILINGS AND CLOSE CASE**<br><br>Complaint Filed: June 9, 2026 |

Upon review of Defendant General Motors LLC's Motion to Withdraw the Case Opening and Related Filings, electronically filed on August 7, 2026, the Court finds the following:

IT IS HEREBY ORDERED that the case opening and all related filings are withdrawn from the docket, and this matter is closed.

Dated: August 25, 2026

Hon. Judge, District Court



NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES